OPINION — AG — **** VETERAN'S LICENSE TAG **** UNDER 47 O.S. 1975 Supp., 38.1 [47-38.1], VETERANS WITH A SERVICE CONNECTED DISABILITY OF LESS THAN 100%, BUT WHO ARE CERTIFIED BY THE UNITED STATES VETERAN'S ADMINISTRATION AS "UNEMPLOYABLE" AND, THEREFORE, DRAW COMPENSATION AND BENEFITS AT THE 100% DISABILITY RATE ARE ELIGIBLE TO PURCHASE AUTOMOBILE TAGS FOR $1.00 (DANIEL J. GAMINO)